## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RONALD SMART**
**d/b/a PASCHALL ELECTRIC,**

      **Plaintiff,**

**v.**                              **CIVIL NO. 07-CV-94 DRH**

**INTERNATIONAL BROTHERHOOD**
**OF ELECTRICAL WORKERS,**
**LOCAL 702, and CHRISTOPHER N. GRANT,**
**and SCHUCHAT, COOK, & WERNER,**

      **Defendants.**

### JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This action came to hearing before the Court on Defendants' Motions to Dismiss.

      **IT IS ORDERED AND ADJUDGED** that the motions are **GRANTED** and the case is **DISMISSED WITH PREJUDICE.** Judgment is entered in favor of Defendants **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 702**, and **CHRISTOPHER N**. **GRANT, and SCHUCHAT, COOK, & WERNER** and against Plaintiff **RONALD SMART d/b/a PASCHALL ELECTRIC.**-------------------------------------------------------

                                    **NORBERT G. JAWORSKI, CLERK**

December 21, 2007                BY:   /s/Patricia Brown
                                           Deputy Clerk

APPROVED: /s/    *David R Herndon*
             **CHIEF JUDGE**
             **U.S. DISTRICT COURT**