IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONALD SMART d/b/a
PASCHALL ELECTRIC,

    Plaintiff,

v.

INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS,
LOCAL 702, and CHRISTOPHER N. GRANT,
and SCHUCHAT, COOK & WERNER,

    Defendants.                    No. 07-CV-0094 DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered by this Court on March 26, 2010 and May 13, 2011, judgment is entered in favor of the defendants, **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 702,** and against the plaintiff, **RONALD SMART, d/b/a PASCHALL ELECTRIC.**

    **IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 26, 2010, judgment is entered in favor of the defendants, **CHRISTOPHER N. GRANT and SCHUCHAT, COOK & WERNER,** and against the plaintiff, **RONALD SMART, d/b/a PASCHALL ELECTRIC**. This case is **DISMISSED** with prejudice in its entirety.

                                NANCY J. ROSENSTENGEL,
                                CLERK OF COURT


                              **BY:**     */s/Sandy Pannier*
                                          **Deputy Clerk**

Dated: May 16, 2011

                    David R. Herndon
                    2011.05.16
                    17:04:27 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT