IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONALD SMART, d/b/a
PASCHALL ELECTRICAL,

    Plaintiff,

v.                                 Case No. 07-cv-94-DRH-SCW

INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS, LOCAL 702,
and CHRISTOPHER N. GRANT, and
SCHUCHAT, COOK & WERNER,

    Defendants.

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is the parties' stipulation of dismissal with prejudice pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii) (Doc. 94). The Court hereby acknowledges the stipulation and finds that all claims against defendant are dismissed with prejudice, each party to bear their own fees and costs. The Clerk is instructed to close the file and enter judgment accordingly.

    **IT IS SO ORDERED.**

    Signed this 23rd day of February, 2012.

*/s/ David R. Herndon*
2012.02.23
16:06:08 -06'00'

Chief Judge
United States District Court