## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RONALD SMART, d/b/a**
**Paschall Electric,**

      **Plaintiff,**

-vs-

**LOCAL 702 INTERNATIONAL**
**BROTHERHOOD OF ELECTRICAL**
**WORKERS, et al,**

      **Defendants.**            **NO.   07-CV-94-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on February 23, 2012, the plaintiff's case against **LOCAL 702 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS** is dismissed.

    **IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 26, 2010, judgment is entered in favor of the defendants, **CHRISTOPHER N. GRANT and SCHUCHAT, COOK & WERNER,** and against the plaintiff, **RONALD SMART, d/b/a PASCHALL ELECTRIC**.  This case is **DISMISSED** with prejudice in its entirety.  Each party shall bear their own fees and costs.

                  **NANCY J. ROSENSTENGEL,**
                  **CLERK OF COURT**

                  **BY:**_____**/s/Sandy Pannier**_____
                        **Deputy Clerk**

Dated: February 23, 2012

David R. Herndon
2012.02.23
16:22:43 -06'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT